**IN THE DISTRICT COURT OF THE UNITED STATES**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN EDWARD HANNON, III**
      **Plaintiff,**

**vs.**                        **CASE NO:**

**CACH, LLC**
**and**
**LAW OFFICES OF ANDREU, PALMA & ANDREU, PL**
**and**
**JORGE L. PALMA, ESQ. Individually**
      **Defendants.**
_____/


**COMPLAINT FOR VIOLATIONS OF THE**
**FEDERAL FAIR DEBT COLLECTIONS PRACTICES ACT**
**AND/OR**
**THE FLORIDA CONSUMER COLLECTIONS PRACTICES ACT**
**AND**
**DEMAND FOR TRIAL BY JURY**

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for

Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692,

et seq. (hereinafter "FDCPA") and the Florida Consumer Collections Practices

Act, F.S. §559, et seq. (hereinafter "FCCPA") which prohibit debt collectors from

engaging in abusive, deceptive, and unfair practices.

-1-

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. 1692k(d), and 28 U.S.C. 1337. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. 1367.  Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff, John Edward Hannon, III  is a natural person who resides  in Hillsborough County,  Florida, which is in the Middle District of Florida, Tampa Division.

4. Defendant Cach, LLC  is a Foreign Limited Liability Company,  doing business in Hillsborough County, which is in the Middle District of Florida, Tampa Division, with its' principal address in Denver, Colorado,  and is subject to and has violated the Florida Consumer Collections Practices Act,  and is subject to and has violated  the federal Fair Debt Collections Practices Act..

5. Defendant  Law Offices of Andreu, Palma & Andreu, PL,  is a Florida professional association  licensed to practices law in the state of Florida and is doing business in Hillsborough County, which is in the Middle District of Florida, Tampa Division  with its' principal address in Miami, Florida,  and is subject to and has violated the Florida Consumer Collections Practices Act,  and is subject to

and has violated the provisions of the federal Fair Debt Collections Practices Act..

6. Defendant Jorge L. Palma, Esq., is an attorney, licensed to practice law in the state of Florida and is doing business in Hillsborough County, which is in the Middle District of Florida, Tampa Division, with his principal place of business in Miami, Florida, and is subject to and has violated the Florida Consumer Collections Practices Act,  and is subject to and has violated  the federal Fair Debt Collections Practices Act..

### IV. FACTUAL ALLEGATIONS

The factual allegations constituting the defendants' violations of the provisions of the Federal Fair Debt Collections Practices Act and/or the Florida Consumer Collections Practices Act include, but are not limited to, the following:

7.   Plaintiff repeats, alleges, and incorporates by reference paragraphs 1-6 above.

8.  The Defendants caused to be filed in the County Court of  Hillsborough County, State of Florida, a lawsuit, Case No. 009-CC-10981-L against a "John Hannon".

9.  The Defendants obtained a default judgment against a  "John Hannon" on or about August 10, 2010, for approximately  $4,811.95.

10.  On or about January 31, 2011, John Edward Hannnon, III, the Plaintiff

in the above styled case  received a Writ of Garnishment through the United States Mail attempting to collect the judgment in Case No. 009-CC-1081.95

11.  The Writ of Garnishment received on or about January 31, 2011 by the plaintiff, John Edward Hannon, III, was the first notice Plaintiff had of any lawsuit being filed.

12. The Plaintiff,  John Edward Hannon, III, ,  never has owed any money to Cach, LLC or the original creditor.

13. The Plaintiff,  John Edward Hannon, III , never received service of process or any other pleading relating to the original lawsuit in the County Court of Hillsborough County, Florida, Case No: 09-CC-1081, and was never the individual who owed  money to CACH, LLC or against whom the judgment was obtained.

14. The Plaintiff,  John Edward Hannon, III, has lived openly at 345 Bayshore Boulevard, Unit GP07, Tampa, Florida, since early 2004.

15. The Plaintiff, John Edward Hannon, III, is not and was not the Defendant,  John Hannon,  who was the subject of Case No. 09-CC-1081.

16.  That at some point in time, and for reasons unknown at this time to the Plaintiff, the Defendants wrongfully determined  the John Hannon against which a default judgement was obtained  was the Plaintiff John Edward Hannon, III..

-4-

17.  The Defendants consequently served a Writ of Garnishment of the Plaintiffs employer, McKesson Corporation,  to garnish the Plaintiffs' wages.

18.  McKesson Corporation did in fact garnish  Plaintiff John Edward Hannon, III's wages.

19.  Plaintiff,  John Edward Hannon, III , is a vice president of McKesson Corporation.

20.  The wrongful  garnishment of his wages caused Plaintiff,  John Edward Hannon, III, great embarrassment, humiliation, anxiety, anger, fear and frustration.

21.  That as a result of the wrongful garnishment of his wages the Plaintiff, John Edward Hannon, III, had to hire the services of an attorney to have the default set aside, and/or in the alternative,  to have the wrongful garnishment set aside and dissolved as against him..

## V. FIRST CLAIM FOR RELIEF
## VIOLATION OF THE
## FEDERAL FAIR DEBT COLLECTIONS PRACTICES ACT

22. . Plaintiff, John Edward Hannon, III,  repeats, alleges, and incorporates by reference paragraphs 1-21 above.

23.  Defendants   violated the FDCPA.  Defendants' violations of the FDCPA include, but are not limited to, the following:

(a)  15  U.S.C.  1692d,  which  prohibits  any  conduct  the  natural

consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

(b) 15 U.S.C. 1692e, which prohibits false, deceptive, or misleading representation or means in connection with the collection of any debt.

( c) 15 U.S.C. 1692f, which prohibits the use of unfair or unconscionable means to collect or attempt to collect a debt.

24.. Defendant's acts as described above were done intentionally, with the purpose of coercing Plaintiff to pay the alleged debt.

25. As a result of the above violations of the FDCPA, Defendants,  Cach, LLC, Law Offices of Andreu, Palma & Andreu, PL, and Jorge L. Palma, Esq. are liable to the Plaintiff  for actual damages, statutory damages,  attorney's fees and costs.

## VI. SECOND CLAIM FOR RELIEF
## VIOLATION OF THE
## FLORIDA CONSUMER COLLECTIONS PRACTICES ACT

26. Plaintiff repeats, alleges, and incorporates by reference paragraphs 1-25 above.

27. Defendants Cach, LLC, Law Offices of Andreu, Palma & Andreu, PL, and Jorge L. Palma, Esq  violated the FCCPA. Defendants' violations of the FCCPA include, but are not limited to, the following:

(a) F.S. §559.72(7), which prohibits willfully engaging  in  conduct

which can reasonably be expected to abuse or harass the debtor;

(b) F.S. §559.552, which makes any violation of the provisions of the FDCPA a violation of the FCCPA.

28. Defendant's acts described above were done intentionally, with the purpose of coercing Plaintiff to pay the alleged debt.

29. As a result of the above violations of the FCCPA, Defendants Cach, LLC, Law Offices of Andreu, Palma & Andreu, PL, and Jorge L. Palma, Esq are liable to the Plaintiff for actual damages, statutory damages, punitive damages and attorney's fees and costs.

**WHEREFORE**, plaintiff respectfully prays that judgement be entered against the Defendants Cach, LLC, Law Offices of Andreu, Palma & Andreu, PL, and Jorge L. Palma, Esq for the following:

A. Actual damages;

B. Statutory damages pursuant to 15 U.S.C. 1692k;

C. Statutory damages pursuant to F.S. §559.77

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. 1692k and F.S. §559.77;

E. For such other and further relief as may be just and proper

Respectfully submitted,

**PLAINTIFF DEMANDS TRIAL BY JURY**

Frederick W. Vollrath
Attorney for Plaintiff
and
William A. Knight
Attorney for Plaintiff

/s/Frederick W. Vollrath, Esquire
Frederick W. Vollrath, Esq.
Attorneys at Law
307 South Fielding Avenue
Suite 2
Tampa, Florida 33606
813-335-4379
fredvollrath@aol.com
FBN: 165-812

/s/ William A. Knight, Esquire
William A. Knight, P.A.
Attorney at Law
633 N. Franklin Street,
Suite 725
Tampa, Florida, 33602
813-221-6663
williamaknight.@msn.com
FBN: 0997994